# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| VICTORY STEPHENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMBE INCORPORATED; COMBE )<br>PRODUCTS, INC.; COMBE )<br>LABORATORIES, INC.; and )<br>COMBE INTERNATIONAL LTD )<br>)<br>)<br>Defendants. ) | CASE NO.: 6:19-cv-01027 |

## STIPULATION FOR VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Rule 41(a)(1)(A)(ii), with each party bearing that party's own fees and costs.

DATED this 2nd day of September, 2019.


/s/ *Douglas M. Schreiner*
Douglas M. Schreiner
Blackridge Law Group
9500 Nall Ave.
Suite 400
Overland Park, KS 66207
(913) 955-3388
Fax: (913) 955-3247
Email: doug@jslegalteam.com

*Attorneys for Plaintiff*

/s/ *Jonathon D. Nicol*
Jonathon D. Nicol
Bryan Cave Leighton Paisner, LLP
1200 Main Street
Suite 3800
Kansas City, MO 64105
816-374-3200
Fax: 816-374-3300
Email: jonathon.nicol@bclplaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Douglas M. Schreiner*